01

02

03

04

05

06            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 | UNITED STATES OF AMERICA,    )    CASE NO. CR08-189-JLR

                                  )
09        Plaintiff,              )
                                  )
10     v.                         )
                                  )    DETENTION ORDER
11 | MICHAEL ANDROS,              )
                                  )
12        Defendant.              )
   _____ )

13

14  <u>Offense charged</u>:      Distribution of Cocaine Base in the Form of Crack

15  <u>Date of Detention Hearing</u>:    June 11, 2008

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21         1.      Defendant has been charged with a drug offense the maximum penalty of which

22  is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                   Rev. 1/91
PAGE 1

01 dangerousness and flight risk, under 18 U.S.C. §3142(e).

02       2.      Defendant has, by his own admission, been incarcerated for much of his adult life.

03 He has a lengthy criminal record consisting of drug charges, theft charges,  and an escape charge

04 from 1995 for which no disposition is noted.  Defendant exhibits a pattern of release from

05 incarceration followed within a few month by new charges, particularly drug charges.  A lifelong

06 history of abuse of drug abuse is indicated, dating from childhood.  His residence history and

07 employment history is somewhat sporadic.

08       3.      Taken as a whole, the record does not effectively rebut the presumption that no

09 condition or combination of conditions will reasonably assure the appearance of the defendant as

10 required and the safety of the community.

11 It is therefore ORDERED:

12      (1)     Defendant shall be detained pending trial and committed to the custody of the

13                Attorney General for confinement in a correction facility separate, to the extent

14                practicable, from persons awaiting or serving sentences or being held in custody

15                pending appeal;

16      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

17                counsel;

18      (3)     On order of a court of the United States or on request of an attorney for the

19                Government, the person in charge of the corrections facility in which defendant is

20                confined shall deliver the defendant to a United States Marshal for the purpose of

21                an appearance in connection with a court proceeding; and

22      (4)     The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                            15.13
18 U.S.C. § 3142(i)                              Rev. 1/91
PAGE 2

01    counsel for the defendant, to the United States Marshal, and to the United States

02    Pretrial Services Officer.

03    DATED this 11th day of June, 2008.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                 Rev. 1/91
PAGE 3